AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Akeem Stanford | ) | Case No.  1:22mj2194 |
| | ) | |
| | ) | |
| | ) | |
| Defendant(s) | ) | |

**FILED**
3:08 pm Sep 16 2022
Clerk U.S. District Court
Northern District of Ohio
Akron

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of   9/16/2022 to Present   in the county of   Lorain   in the
  Northern   District of   Ohio  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21 U.S.C. Section 841(a)(1) and (b)(1)(C) - | Possession with Intent to Distribute Controlled Substances |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_Casey T. Carty_
Complainant's signature

Casey T. Carty, Special Agent, FBI
*Printed name and title*

Sworn to via telephone after submission by reliable electronic means. Fed. R. Crim. P. 3, 4(d), and 4.1.

Date:   09/16/2022

City and state:   Akron, Ohio

_Kathleen B. Burke_
Kathleen B. Burke, U.S. Magistrate Judge